ORIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

**FILED DEC 29 2010**
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

David Singer, )
**PLAINTIFF** )
*[Type or print your name on the line above]* )
)
v. )
)
Plainfeild Correctional facillity, )
**DEFENDANT** )
*[Type or print only the name of the first person you are suing. List everyone you are suing on page 2.]* )
)

Cause No. _____
*[Leave this blank, the clerk will supply the cause number when your case is received.]*

**1:10-cv-1734 WTL-DML**

## PRISONER COMPLAINT
### 42 U.S.C. § 1983

### I. PARTIES

A. **PLAINTIFF** *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. David ● Allen Singer    217562
   Name: First   Middle   Last   Offender Number

2. Where are you being held: Plainfeild correctional facility
   *[name the prison or jail where you are incarcerated]*

3. What is the address: 727 moon rd. Plainfeild, IN 46168

4. Did the things that you are suing about happen in the place listed above:
   ☑ YES, it happened here in the same facility I am being held at today.
   ☐ NO, it happened at _____.

5. Did the things that you are now suing about, happen:
   ☐ before you were confined, or
   ☐ when you were confined awaiting trial, or
   ☑ after conviction while confined serving a sentence.

(Revised March 2002)

B. DEFENDANT(S) How many defendants are you suing: __3__

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]

| # Defendant's Name | Job Title/Government Agency | Work Address |
|---|---|---|
| 1. c/o Tompson | c/o PCF | 727 moon rd Plainfeild IN 46168 |
| 2. Arramark | Food PCF | 727 moon rd Plainfeild, IN 46168 |
| 3. Plainfeild correctional facillity | | 727 moon rd Plainfeild, IN 46168 |

## II. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?
   ☑ YES   ☐ NO

B. If yes, did you file a grievance about the things you are suing about?
   ☑ YES [Attach the response from the final step of the grievance process.]
   ☐ NO [Explain why you did not file a grievance.] _____
PCF Denied my Grievance sent it Back To me Twice.

2

## III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation. Number your paragraphs.

1. C/O Tompson - Affter The incedent Tompson Denied me medical attiontion He violated my 8Th amindment right. Plainfeild correcTional facilliTy also Took my liberTy away by Denial of medical attiontion violation of my 8Th amindment. ArAmark sTaff senT me Back To my Dorm Because I was bleeding ouT BuT no one made A incedenT Report or whould send me To medical.

Cause(s) of Action with Supporting Facts (continued) ON NOV 26Th I

3

was attacked in the kitchen at Plainfeild Correction facillity. When I got up A kitchen worker angela walked out and said you can't work you must go back. She did not Do A report Though. Then C/O Tompson came on shift looked at me and said looks like you got your ass kicked go Back to the dorm. Offender Scott Rose and Micheal Martin witnessed this and will Testify. He also said your not going to medical I'm not Doing The Paper work. 3 Day's later Sgt. Long Pri. Seen me I had Black eye and other brusses and sent me to medical They orderd X ray's and The Doctor also ordered me off work for 5 day's. So obviously There was A serious medical need for him to order Xrays and order me off work for 5 days. I Have been having bad headache's ever since. PCF Has Picture's and medical Records of This incident They will not release to me.
                                    Thank you

## IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint?

☑ NO    ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

4

Judge: _____  Docket Number: _____

Date filed: _____  Date closed: _____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

NOTE: A lawsuit filed on this form <u>cannot</u> restore good time, expunge your record or get you released from custody. For this type of relief, you must file a Habeas Corpus case under 28 U.S.C. § 2254.

I whould Like furTure medical Bills Paid and I whould also ask for $500,000 in Pain and suffering.

## VI. VERIFICATION AND SIGNATURE

Initial Each Statement and Sign at the Bottom

DS  I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

DS  I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_DS_ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_DS_ I have included full payment of the filing fee OR attached a properly completed prisoner petition to proceed *in forma pauperis* (available from the clerk) <u>with</u> a copy of my <u>prison trust fund account statement</u> for the six months preceding the filing of this case.

_DS_ I agree to promptly notify the clerk of any change of address.

_DS_ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_DS_ I declare under penalty of perjury that the foregoing is true and correct.

Signed this _27_ day of _Dec_ _____, 20_10_.

_____
Your Signature